```
                                                    U.S.D.C ATLANTA
                                                    Date: May 18 2023
                                                    KEVIN P. WEIMER, Clerk
                                                    By: s/B. Evans
                                                        Deputy Clerk
```

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

SHANARD LAMONT BOYD

**CRIMINAL COMPLAINT**

Case Number: 1:23-MJ-498

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 17, 2023 in Clayton County, in the Northern District of Georgia, defendant(s) did, engage in the business of dealing in firearms and did knowingly provide false statements or representations to a federal firearms licensee and Conspiracy to defraud the United States

in violation of Title 18 United States Code, Section(s) 371, 922(a)(1)(A) and 924(a)(1)(A).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Jordan S. Brown*
Signature of Complainant
Jordan S. Brown

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| May 18, 2023 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

AUSA Stephanie Gabay-Smith
Stephanie.smith@usdoj.gov

I, Jordan Brown, depose and state under penalty of perjury:

**<u>AGENT BACKGROUND & INTRODUCTION</u>**

1. As a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). Therefore, I am empowered to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 2022. I am currently assigned to the Atlanta Field Division, Group I, which is involved in various facets of ATF's enforcement programs, including firearms trafficking. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. Prior to becoming an ATF Special Agent, I was a certified police officer with the National Security Agency in the state of Maryland. I also hold a bachelor's degree in Criminal Justice from Gannon University in Erie, Pennsylvania.

3. During my tenure as an ATF SA, I have participated in several investigations, and the execution of several search warrants and arrest warrants, where illegally purchased/trafficked firearms, narcotics, electronic scales, packaging materials, books/ledgers indicating sales, receipts, computers, cellular telephones, and other items used to facilitate firearms and narcotics trafficking were seized. I have personally conducted and/or assisted in investigations of criminal acts involving, but not limited to, making false statements to a federally licensed firearms dealer (18 U.S.C. § 922(a)(6)), conspiracy (18 U.S.C. § 371).

4. Based on the facts set forth in this affidavit, there is probable cause to believe that Shanard Lamont BOYD (DOB:10/25/1979) (herein referred to as "BOYD") and others known and unknown (the "Subjects") have violated 18 U.S.C. § 922(a)(1)(A) Engaging in the Business of Dealing in Firearms; 18 U.S.C. § 924(a)(1)(A) False Statement or Representation to Federal Firearms Licensee ("FFL"); and 18 U.S.C. § 371 Conspiracy (collectively, the "Subject Offenses").

5. The facts contained in this affidavit come from my personal observations, ATF records/documents, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

## SOURCES OF INFORMATION

6. The information contained in this Affidavit in support of a criminal complaint is based on my own personal knowledge of this case, as well as information relayed to me by other law enforcement authorities and sources of information. The facts relayed in this Affidavit do not reflect the totality of information known to me or other agents, but merely the facts needed to establish probable cause.

7. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken. Such statements are stated in substance, unless otherwise indicated. Wherever in this Affidavit I state a belief, such belief is based upon my training and experience and the information obtained through this investigation.

## STATEMENT OF PROBABLE CAUSE

8. On March 28, 2023, ATF Atlanta in conjunction with ATF Philadelphia, PA., initiated an investigation into BOYD for possible violations of 18 U.S.C §§ 922(a)(5) (transferring a firearm to an out-of-state resident), 922(a)(6) (false statement during a purchase of a firearm), 924(a)(1)(A) (false statement to FFL), 922(a)(1)(A) (dealing firearms without a license), 922(a)(6) (false statement as a material fact to a Federal Firearms Licensee), 371 (conspiracy), and 922(d)(1) (sale or transfer to a prohibited person).

### BOYD Firearm Recovery #1

9. On September 24, 2021, El Paso Sheriff's Office (EPSO) recovered an Anderson Manufacturing, model AM-15, multi caliber rifle, bearing serial number 21224883, was originally purchased by BOYD on July 19, 2021, from GA Firing Line (FFL: 15806461) located at 2727 Canton Road Highway 5 #410 Marietta, Georgia 30066. The time to recovery of the firearm in possession of John Wesley Jones III was sixty-seven (67) days. John Wesley Jones II had an active protective order. The firearm was not reported stolen.

### BOYD Firearm Recovery #2

10. On November 6, 2021, the Dunwoody Police Department (DPD) arrested Montario Milhouse who was in possession of a Glock, model 19, 9mm caliber pistol bearing serial number BSKV023. A firearm records check shows that the Glock pistol bearing serial number BSKV023. The firearm was purchased by BOYD on March 21, 2021, from Dead Center Range (FFL: 15807656) located at 1759 Buford Highway Buford, Georgia 30518. The time to recovery of the firearm was two hundred and thirty (230) days. The firearm was not reported as stolen.

3

**BOYD Firearm Recovery #3**

11. On January 12, 2022, the Philadelphia Police Department (PPD) arrested Theodore McNeil and Rahmir Saunders for firearms violations. PPD officers recovered a loaded firearm and a box of .45 caliber ammunition. McNeill is prohibited from owning/possessing firearms due to two prior felony convictions. An ATF records check revealed that the firearm, a Glock, model 30, 9mm caliber pistol bearing serial number BSMH427, was purchased by BOYD on June 22, 2021, from Dead Center Range (FFL: 15807656) located at 1759 Buford Highway Buford, Georgia 30518. The time to recovery of the firearm was two hundred and four (204) days. The firearm was not reported stolen.

**BOYD Firearm Recovery #4**

12. On March 1, 2022, ATF Atlanta Group III conducted a firearm trafficking undercover operation. During the undercover operation, ATF officers recovered three automatic firearms. A records check indicated that two of the firearms were originally purchased by BOYD on October 19, 2020, in North Carolina. The time to recovery is approximately 271 days. ATF records revealed that one of the firearms, an Anderson Manufacturing, model AM-15, multi caliber rifle bearing serial number 20275293, was purchased by BOYD on December 30, 2020, from Dead Center Range (FFL: 15807656) located at 1759 Buford Highway Buford, Georgia 30518. The time to recovery of the firearm was four hundred twenty- six (426) days. ATF records revealed that the other firearm, a Bear Creek Arsenal, model BCA15, multi caliber rifle bearing serial number 28401, was purchased by BOYD on April 8, 2020, from Gun Nerd Tactical (FFL: 15814490) located at 14312 Suwanee Mill Drive Buford Georgia 30518. The time to recovery of the firearm was six hundred ninety-two (692) days. All of the three firearms had been converted into machine

guns. Two of the three had been originally purchased by BOYD. The firearms were not reported stolen.

**BOYD Firearm Recovery #5**

13. On May 3, 2022, the Brookhaven Police Department (BPD) arrested Michael Milhouse. Michael Milhouse was in possession of at least two firearms. ATF records revealed that one of the firearms, a Glock, model 19, 9mm caliber pistol bearing serial number BWGZ670 was originally purchased by BOYD on March 30, 2022, from Academy Sports Store #257 (FFL: 15814446) located at 3720 Buford Drive Buford, Georgia 30519. The time to recovery of the firearm in possession of Michael Milhouse was thirty-four (34) days. The firearm was not reported stolen. Michael Milhouse also had an active arrest warrant out of Maryland at the time of his arrest which would prohibit Milhouse from owning/possessing firearms at that time. He is the brother of the individual who was found in possession of the firearm in Firearm Recovery 2.

**BOYD Firearm Recovery #6**

14. On August 11, 2022, the Clayton County Police Department (CCPD) executed a state search warrant where several firearms and a large quantity of narcotics were seized. According to ATF records, one of those firearms, an Anderson Manufacturing, model AM-15, 556 caliber rifle, bearing serial number 21308445, was originally purchased by BOYD on April 6, 2022, from True Strategic (FFL: 15813985) located at 3840 Windermere Parkway Suite 403 Cumming, Georgia 30041. The possessor of the firearm was charged with possession of

narcotics. The time to recovery of the firearm was one hundred twenty-seven (127) days. The firearm was not reported stolen.

**BOYD Firearm Recovery #7**

15. On September 4, 2022, the Rockdale County Sheriff's Office (RCSO) arrested Jermaine Smith for weapon(s) and narcotics violations. ATF records revealed that the firearm recovered, a Glock, model 23, 40 caliber pistol, bearing serial number BUCU408, was originally purchased by BOYD on August 7, 2021, from Bullseye Indoor Range & Gun Shop (FFL: 15810606) located at 211 West Crogan Street Lawrenceville, Georgia 30046. The time to recovery of the firearm in possession of Jermaine Smith was three hundred ninety-three (393) days. Jermaine Smith was charged with Possession of a Firearm During The Commission of a Felony and Possession with Intent to Distribute A Controlled Substance. The firearm was not reported stolen.

**BOYD Firearm Recovery #8**

16. On September 22, 2022, Lafayette, Louisiana, Police Department (LPD) arrested Dangelo Williams for felony firearm(s) and narcotics violations. Two firearms were recovered. ATF records revealed that one of the firearms, a Glock, model 27, 40 caliber pistol bearing serial number BWTT149 was purchased by BOYD on September 10, 2022, from Academy Sports Store #257 (FFL: 15814446) located at 3720 Buford Drive Buford, Georgia 30519. The time to recovery of the firearm was twelve (12) days. ATF records revealed that the second firearm, a Anderson Manufacturing, model AM-15, 762 caliber rifle, bearing serial number 21426404 was purchased by BOYD on June 22, 2022, from True Strategic (FFL: 15813985) located at 3840 Windermere Parkway Suite 403 Cumming, Georgia 30041. The time to

recovery of the firearm was one ninety-two (92) days. Dangelo Williams was a prohibited person because he was a fugitive from justice. The firearms were not reported stolen.

**BOYD Glock Firearm Boxes Recovered**

17.     On March 9, 2023, Pennsylvania State Police (PSP) recovered four (4) empty Glock firearm boxes during a traffic stop and arrest. The Glock gun boxes were for a Glock, model 29, 10mm caliber pistol, bearing serial number BXSP835; a Glock, model 29, 10mm caliber pistol, bearing serial number BXSP192; a Glock, model 29, 10mm caliber pistol, bearing serial number BTYW835; and a Glock, model 20, 10mm caliber pistol, bearing serial number BXZT314 located during the execution of a search warrant on a vehicle. A firearm and various narcotics was also located during a search of the vehicle. The operator of the vehicle, Antoine Dante Seigler, was arrested for narcotics distribution violations and firearms violations. Seigler is prohibited from owning/possessing firearms due to five (5) prior felony convictions and is currently on Pennsylvania State Probation. A records check of the serial numbers located on the gun boxes shows that the firearm was originally purchased by BOYD. The Glock bearing serial number BZSP835 was purchased by BOYD on December 6, 2022, from Arrowhead Pawn Shop Inc (FFL: 15833783) located at 6433 Tara Boulevard #A Jonesboro, Georgia 30236. The time from the day of the original purchase was ninety-four (94) days. The Glock bearing serial number BXSP192 was purchased by BOYD on December 6, 2022, from Arrowhead Pawn Shop Inc (FFL: 15833783) located at 6433 Tara Boulevard #A Jonesboro, Georgia 30236. The time from the day of the original purchase was ninety-four (94) days. The Glock bearing serial number BTYW835 was purchased by BOYD on November 28, 2022, from Hill Top Pawn Shop Inc (FFL: 15801520) located at 1882 Athens Highway Snellville, Georgia 30078. The time

from the day of the original purchase was one hundred two (102) days. The Glock bearing serial number BZSP835 was purchased by BOYD on December 19, 2022, from Arrowhead Pawn Shop Inc (FFL: 15833783) located at 6433 Tara Boulevard #A Jonesboro, Georgia 30236. The time from the day of the original purchase was eighty-one (81) days.

**Georgia Firearms Purchases by BOYD**

18. Records show BOYD purchased approximately 134 firearms in Georgia between March 26, 2020, and December 29, 2022. Of the approximately 134 firearms BOYD purchased in Georgia, ten (10) were recovered during police investigations. Seven (7) firearms were traced to crimes less than a year later—one just twelve (12) days after purchase. In addition, four (4) Glock firearm boxes matching serial numbers of firearms purchased by BOYD were recovered during a traffic stop in Pennsylvania. BOYD purchased all the Georgia firearms using a Georgia driver's license with a previously listed residence of 4292 Suwanee Mill Drive Buford, Georgia 30518 and a current address of 3790 Bogan Mill Road Buford, Georgia 30519.

19. I know from my training and experience that the short period between the dates from purchase to recovery from someone other than the purchaser is characteristic of firearms trafficking. In my training and experience, any recovery time of less than one year is potentially worthy of additional investigation, and eleven (11) instances with a much shorter recovery times suggests that an individual is engaged in firearms trafficking. I also know from my training and experience that certain purchasing patterns are characteristics of firearms trafficking. In light of BOYD's purchasing behavior, he has numerous indicators of a straw purchaser, including but not limited to; a sizeable amount of firearms procured within a short amount of time, purchasing the same exact firearm on several occasions, multiple purchases of firearms on the same day on more than one occasion, and the recoveries of a firearms by law enforcement. These indicators,

as well as other information contained within this investigation, leads your Affiant to believe BOYD is conducting straw purchases on behalf of others.

20. BOYD made numerous firearms purchases from ten (10) known Federal Firearms Licensing (FFL) establishments in the state Georgia. The table below shows relevant details of all firearm purchases.[1]

---

[1] Note that this table shows only the firearms that (1) law enforcement has knowledge of through firearm purchasing paperwork, (2) were traced by a law enforcement agency, or (3) were identified via information received from FFLs listed below. There is no central database that law enforcement can review to determine if any other FFLs have made single-firearm sales to BOYD.

| DOS | MAKE | MODEL | CALIBER | SERIAL NUMBER | FFL | FFL Address |
|---|---|---|---|---|---|---|
| 3/31/2021 | Anderson Manufacturing | AM-15 | MULTI | 21029402 | GA Firing Line | Marietta, GA |
| 3/31/2021 | Anderson Manufacturing | AM-15 | MULTI | 21029403 | GA Firing Line | Marietta, GA |
| 3/31/2021 | Anderson Manufacturing | AM-15 | MULTI | 21029404 | GA Firing Line | Marietta, GA |
| 4/3/2021 | Anderson Manufacturing | AM-15 | MULTI | 21070548 | GA Firing Line | Marietta, GA |
| 4/12/2021 | Anderson Manufacturing | AM-15 | MULTI | 21071292 | GA Firing Line | Marietta, GA |
| 4/12/2021 | Anderson Manufacturing | AM-15 | MULTI | 21071261 | GA Firing Line | Marietta, GA |
| 4/18/2021 | Anderson Manufacturing | AM-15 | MULTI | 21071265 | GA Firing Line | Marietta, GA |
| 4/18/2021 | Anderson Manufacturing | AM-15 | MULTI | 21071291 | GA Firing Line | Marietta, GA |
| 4/18/2021 | Anderson Manufacturing | AM-15 | MULTI | 21071253 | GA Firing Line | Marietta, GA |
| 4/22/2021 | Anderson Manufacturing | AM-15 | MULTI | 21071259 | GA Firing Line | Marietta, GA |
| 4/27/2021 | Anderson Manufacturing | AM-15 | MULTI | 21029170 | GA Firing Line | Marietta, GA |
| 4/27/2021 | Anderson Manufacturing | AM-15 | MULTI | 21029160 | GA Firing Line | Marietta, GA |
| 5/5/2021 | Anderson Manufacturing | AM-15 | MULTI | 21029190 | GA Firing Line | Marietta, GA |
| 5/13/2021 | Anderson Manufacturing | AM-15 | MULTI | 21070775 | GA Firing Line | Marietta, GA |
| 5/13/2021 | Anderson Manufacturing | AM-15 | MULTI | 21070785 | GA Firing Line | Marietta, GA |
| 5/23/2021 | Anderson Manufacturing | AM-15 | MULTI | 21070757 | GA Firing Line | Marietta, GA |
| 5/27/2021 | Anderson Manufacturing | AM-15 | MULTI | 21070782 | GA Firing Line | Marietta, GA |
| 6/17/2021 | Anderson Manufacturing | AM-15 | MULTI | 21183804 | GA Firing Line | Marietta, GA |
| 6/17/2021 | Anderson Manufacturing | AM-15 | MULTI | 21071279 | GA Firing Line | Marietta, GA |
| 6/20/2021 | Anderson Manufacturing | AM-15 | MULTI | 21032428 | GA Firing Line | Marietta, GA |
| 6/27/2021 | Anderson Manufacturing | AM-15 | MULTI | 21032430 | GA Firing Line | Marietta, GA |
| 6/27/2021 | Anderson Manufacturing | AM-15 | MULTI | 21032415 | GA Firing Line | Marietta, GA |
| 7/14/2021 | Anderson Manufacturing | AM-15 | MULTI | 21076219 | GA Firing Line | Marietta, GA |
| 7/19/2021 | Anderson Manufacturing | AM-15 | MULTI | 21224873 | GA Firing Line | Marietta, GA |
| 7/19/2021 | Anderson Manufacturing | AM-15 | MULTI | 21224883 | GA Firing Line | Marietta, GA |
| 9/12/2021 | Anderson Manufacturing | AM-15 | MULTI | 21224851 | GA Firing Line | Marietta, GA |
| 9/12/2021 | Anderson Manufacturing | AM-15 | MULTI | 21229601 | GA Firing Line | Marietta, GA |
| 3/13/2022 | Anderson Manufacturing | AM-15 | MULTI | 21405363 | GA Firing Line | Marietta, GA |
| 12/30/2020 | Anderson Manufacturing | AM-15 | MULTI | 20275293 | Dead Center | Buford, GA |
| 3/11/2021 | Anderson Manufacturing | AM-15 | MULTI | 21020789 | Dead Center | Buford, GA |

| DOS | MAKE | MODEL | CALIBER | SERIAL NUMBER | FFL | FFL Address |
|---|---|---|---|---|---|---|
| 3/11/2021 | Anderson Manufacturing | AM-15 | MULTI | 21020790 | Dead Center | Buford, GA |
| 3/11/2021 | Anderson Manufacturing | AM-15 | MULTI | 21020791 | Dead Center | Buford, GA |
| 5/30/2021 | Anderson Manufacturing | AM-15 | MULTI | 21158461 | Dead Center | Buford, GA |
| 5/30/2021 | Anderson Manufacturing | AM-15 | MULTI | 21158480 | Dead Center | Buford, GA |
| 6/1/2021 | Anderson Manufacturing | AM-15 | MULTI | 21158458 | Dead Center | Buford, GA |
| 6/1/2021 | Anderson Manufacturing | AM-15 | MULTI | 21158482 | Dead Center | Buford, GA |
| 6/19/2021 | Anderson Manufacturing | AM-15 | MULTI | 21158466 | Dead Center | Buford, GA |
| 3/22/2022 | Anderson Manufacturing | AM-15 | MULTI | 21247169 | Dead Center | Buford, GA |
| 3/31/2022 | Anderson Manufacturing | AM-15 | MULTI | 21247171 | Dead Center | Buford, GA |
| 11/28/2022 | Century Arms | Mini Draco | 7.62 | ROA22PG6861 | GA Firing Line | Marietta, GA |
| 5/23/2021 | FN | 509C | 9mm | GKS0191654 | GA Firing Line | Marietta, GA |
| 9/15/2022 | FN | Five-Seven | 9mm | 386423829 | Dead Center | Buford, GA |
| 9/15/2022 | FN | Five-Seven | 5.7 | 386418876 | Dead Center | Buford, GA |
| 9/16/2022 | FN | Five-Seven | 5.7 | 386423618 | Dead Center | Buford, GA |
| 7/5/2021 | Glock | 19 | 9mm | BSPD516 | GA Firing Line | Marietta, GA |
| 3/30/2021 | Glock | 19 | 9mm | BSKV024 | Dead Center | Buford, GA |
| 9/27/2022 | Glock | 19 | 9mm | BYMT320 | Dead Center | Buford, GA |
| 6/22/2021 | Glock | 30 | 0.45 | BSMH427 | Dead Center | Buford, GA |
| 7/23/2020 | Zaviar | Z15 | 300AAC | ZZ00993 | Dead Center | Buford, GA |
| 12/28/2020 | Zaviar | Z15 | MULTI | Z203514 | Dead Center | Buford, GA |
| 1/5/2021 | Taurus | G3C | 9mm | ABM293909 | Dead Center | Buford, GA |
| 4/25/2022 | CZ USA | Scorpion EVO 3S1 | 9mm | C115422 | Dead Center | Buford, GA |
| 4/25/2022 | CZ USA | Scorpion 3Plus | 9mm | US03309 | Dead Center | Buford, GA |
| 9/29/2022 | Panzer Arms | BP-12 | 12gauge | BP2201073 | Dead Center | Buford, GA |
| 10/7/2022 | Panzer Arms | BP-12 G2 | 12gauge | BP2202804 | Dead Center | Buford, GA |
| 10/9/2022 | Ruger | Ruger-57 | 5.7 | 64225450 | Dead Center | Buford, GA |
| 2/13/2021 | Glock | 43 | 9mm | AFEU691 | Arrowhead Pawn | Jonesboro, GA |
| 12/6/2022 | Glock | 29 Gen4 | 10mm | BXSP192 | Arrowhead Pawn | Jonesboro, GA |
| 12/6/2022 | Glock | 29 Gen4 | 10mm | BXSP835 | Arrowhead Pawn | Jonesboro, GA |
| 12/19/2022 | Glock | 20 | 10mm | BXZT314 | Arrowhead Pawn | Jonesboro, GA |
| 12/19/2022 | Glock | 29 Gen4 | 10mm | BWTW813 | Arrowhead Pawn | Jonesboro, GA |
| 4/30/2021 | Canik | TP9Elite SC | 9mm | 21CB08180 | Arrowhead Pawn | Jonesboro, GA |
| 12/6/2022 | CAI | Micro Draco | 7.62 | 22PMD30387 | Arrowhead Pawn | Jonesboro, GA |
| 12/6/2022 | CAI | Micro Draco | 7.62 | 22PG2477 | Arrowhead Pawn | Jonesboro, GA |

10

| Date | Manufacturer | Model | Caliber | Serial | Dealer | Location |
|---|---|---|---|---|---|---|
| 12/19/2022 | CAI | Micro Draco | 7.62 | 22PMD35765 | Arrowhead Pawn | Jonesboro, GA |
| 12/19/2022 | CAI | Micro Draco | 7.62 | 22PMD36033 | Arrowhead Pawn | Jonesboro, GA |
| 12/29/2022 | KRISS | Vector | 0.45 | 45C029721 | Arrowhead Pawn | Jonesboro, GA |
| 4/24/2021 | Glock | 19 | 9mm | BTDK865 | GA Gun Store | Gainesville, GA |
| 5/7/2021 | Springfield | Hellcat | 9mm | BA218918 | GA Gun Store | Gainesville, GA |
| 5/7/2021 | Canik | TP9 SC | 9mm | 21CB08190 | GA Gun Store | Gainesville, GA |
| 3/26/2020 | Canik | TP9 SC | 9mm | T6472-20 AP 00878 | Gun Nerd Tactical | Buford, GA |
| 3/26/2020 | CZ USA | Scorpion EVO | 9mm | D037117 | Gun Nerd Tactical | Buford, GA |
| 4/8/2020 | Bear Creek Arsenal | BCA-14 | MULTI | 28401 | Gun Nerd Tactical | Buford, GA |
| 4/27/2020 | Bear Creek Arsenal | BCA-14 | 451 BM | 36695 | Gun Nerd Tactical | Buford, GA |
| 3/17/2021 | Canik | TP9SFX | 9mm | 21BC06626 | Mainstreet Guns | Buford, GA |
| 3/19/2021 | Canik | TP9SF | 9mm | 21AT04125 | Mainstreet Guns | Buford, GA |
| 9/9/2021 | Heckler & Koch | P30SK | 9mm | 214043741 | Mainstreet Guns | Buford, GA |
| 9/9/2021 | FN | Five-Seven | 5.7 | 386407543 | Mainstreet Guns | Buford, GA |
| 3/10/2021 | Canik | TP-9SF Elite | 9mm | 20BH26088 | Academy | Buford, GA |
| 4/21/2021 | Canik | TP-9SF | 9mm | 21AT07906 | Academy | Buford, GA |
| 4/21/2021 | Canik | TP-9SF | 9mm | 21AT08493 | Academy | Buford, GA |
| 4/21/2021 | Canik | TP-9SF | 9mm | 21BC20169 | Academy | Buford, GA |
| 6/30/2021 | Canik | TP-9SF Elite SC | 9mm | 21CB28575 | Academy | Buford, GA |
| 7/3/2021 | Canik | TP-9SF | 9mm | 21AT13504 | Academy | Buford, GA |
| 7/3/2021 | Canik | TP-9SF Elite | 9mm | 21BH09986 | Academy | Buford, GA |
| 9/19/2021 | Canik | TP-9SF Elite SC | 9mm | 22CB04130 | Academy | Buford, GA |
| 9/19/2021 | Glock | 19 Gen5 | 9mm | BWAT868 | Academy | Buford, GA |
| 3/27/2021 | Glock | 19X | 9mm | BWGZ670 | Academy | Buford, GA |
| 3/30/2021 | Glock | 19 Gen5 | 9mm | BWSM203 | Academy | Buford, GA |
| 6/7/2022 | Glock | 19X | 9mm | BXGX362 | Academy | Buford, GA |
| 6/7/2022 | Glock | 19 Gen5 | 9mm | BWBA423 | Academy | Buford, GA |
| 6/22/2022 | Glock | 27 | 40 | BWTT149 | Academy | Buford, GA |
| 7/22/2022 | Glock | 19 Gen5 | 9mm | BXRF814 | Academy | Buford, GA |
| 9/10/2022 | Glock | 23 Gen5 | 40 | BXHR726 | Academy | Buford, GA |
| 11/22/2022 | Springfield | Hellcat | 9mm | BA335842 | Academy | Buford, GA |
| 11/22/2022 | Ruger | LCR | 0.38 | 1542-87016 | Academy | Buford, GA |
| 10/7/2021 | Anderson Manufacturing | AM-15 | MULTI | 21265391 | True Strategic | Cumming, GA |
| 10/7/2021 | Anderson Manufacturing | AM-15 | MULTI | 21308402 | True Strategic | Cumming, GA |
| 10/21/2021 | Anderson Manufacturing | AM-15 | MULTI | 21308403 | True Strategic | Cumming, GA |
| 10/21/2021 | Anderson Manufacturing | AM-15 | MULTI | 21308404 | True Strategic | Cumming, GA |
| 4/6/2022 | Anderson Manufacturing | AM-15 | MULTI | 21308443 | True Strategic | Cumming, GA |
| 4/6/2022 | Anderson Manufacturing | AM-15 | MULTI | 21308444 | True Strategic | Cumming, GA |
| 4/6/2022 | Anderson Manufacturing | AM-15 | MULTI | 21308445 | True Strategic | Cumming, GA |
| 4/13/2022 | Anderson Manufacturing | AM-15 | MULTI | 21308446 | True Strategic | Cumming, GA |
| 6/22/2022 | Anderson Manufacturing | AM-15 | MULTI | 21414843 | True Strategic | Cumming, GA |
| 6/22/2022 | Anderson Manufacturing | AM-15 | MULTI | 21414844 | True Strategic | Cumming, GA |
| 6/22/2022 | Anderson Manufacturing | AM-15 | MULTI | 21426404 | True Strategic | Cumming, GA |
| 6/22/2022 | Anderson Manufacturing | AM-15 | MULTI | 21426405 | True Strategic | Cumming, GA |
| 6/22/2022 | Anderson Manufacturing | AM-15 | MULTI | 21426406 | True Strategic | Cumming, GA |
| 6/22/2022 | Palmetto State Armory | PM-15 | MULTI | SCB151453 | True Strategic | Cumming, GA |
| 7/22/2022 | Anderson Manufacturing | AM-15 | MULTI | 21426415 | True Strategic | Cumming, GA |
| 7/22/2022 | Anderson Manufacturing | AM-15 | MULTI | 21426416 | True Strategic | Cumming, GA |
| 7/22/2022 | Anderson Manufacturing | AM-15 | MULTI | 21426424 | True Strategic | Cumming, GA |
| 10/6/2022 | Anderson Manufacturing | AM-15 | MULTI | 2202226 | True Strategic | Cumming, GA |
| 10/28/2022 | Anderson Manufacturing | AM-15 | MULTI | 22065254 | True Strategic | Cumming, GA |
| 10/28/2022 | Anderson Manufacturing | AM-15 | MULTI | 22002231 | True Strategic | Cumming, GA |
| 10/28/2022 | Anderson Manufacturing | AM-15 | MULTI | 22002227 | True Strategic | Cumming, GA |
| 6/28/2020 | CZ USA | Scorpion | 9mm | D259639 | Bullseye | Lawrenceville, GA |
| 12/10/2020 | Anderson Manufacturing | AM-15 | MULTI | 20289493 | Bullseye | Lawrenceville, GA |
| 12/10/2020 | Anderson Manufacturing | AM-15 | MULTI | 20281149 | Bullseye | Lawrenceville, GA |
| 12/17/2020 | Anderson Manufacturing | AM-15 | MULTI | 20312755 | Bullseye | Lawrenceville, GA |
| 1/23/2021 | Stag Arms | Stag-15 | MULTI | S087994 | Bullseye | Lawrenceville, GA |
| 2/19/2021 | Glock | 48 | 9mm | BSFE165 | Bullseye | Lawrenceville, GA |
| 3/3/2021 | Glock | 43x | 9mm | BPAZ199 | Bullseye | Lawrenceville, GA |
| 7/12/2021 | Anderson Manufacturing | AM-15 | MULTI | 21160090 | Bullseye | Lawrenceville, GA |
| 7/12/2021 | Anderson Manufacturing | AM-15 | MULTI | 21160078 | Bullseye | Lawrenceville, GA |
| 8/6/2021 | Anderson Manufacturing | AM-15 | MULTI | 21160084 | Bullseye | Lawrenceville, GA |
| 8/7/2021 | Glock | 23 | 40 | BUCU408 | Bullseye | Lawrenceville, GA |
| 8/11/2021 | Anderson Manufacturing | AM-15 | MULTI | 21159099 | Bullseye | Lawrenceville, GA |
| 12/9/2021 | FN | Five-Seven | 5.7 | 386411699 | Bullseye | Lawrenceville, GA |
| 12/16/2021 | Anderson Manufacturing | AM-15 | MULTI | 21175694 | Bullseye | Lawrenceville, GA |
| 1/9/2021 | Taurus | G3 | 9mm | ABN346466 | Hill Top Pawn | Snellville, GA |
| 2/25/2021 | Glock | 43 | 9mm | AFET664 | Hill Top Pawn | Snellville, GA |
| 11/28/2022 | Glock | 29 Gen4 | 10mm | BTYW835 | Hill Top Pawn | Snellville, GA |

11

As shown above, BOYD purchased numerous firearms of the same or similar model. I know from my training and experience that the repetitive purchase of the same or similar make, model, and caliber of firearm, especially the models of firearms most frequently recovered and traced to crimes, is consistent with firearms trafficking.

### Firearm Purchasing Paperwork – ATF Form 4473

21. On each of the ATF 4473 forms that BOYD completed for firearms he purchased in Georgia, BOYD represented that he was purchasing the firearm(s) for himself and not for another person. Specifically, Section A of ATF Form 4473, which must be completed by the purchaser of the firearm, asks: "Are you the actual transferee/buyer of the firearm(s) listed on this form?  Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.  Exception:  If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a and may proceed to 11.b. (See Instructions for Question 11.a.)" On every form he completed, BOYD answered this question by checking the box labeled "Yes."

### BOYD is not a Federal Firearms Licensee

22. On April 19, 2023, ATF determined through the ATF Federal Licensing System that BOYD is not an FFL and does not have a pending application to become an FFL.  In view of that fact, BOYD cannot legally be engaged in the business of dealing in firearms in the United States.

**Review of Call Detail Records for BOYD's Cellular Phone (678-860-3701)**

23. BOYD's historical call detail records associated with phone number 678-860-3701 were obtained pursuant to Grand Jury subpoena. A review of those records obtained shows that BOYD is in communication with several individuals who have ties to Pennsylvania and Georgia.

   a. ATF Task Force Officer Ryan Buch has confirmed through several law enforcement investigative databases as well as open-source intelligence information that Dangelo Williams' phone number of 678-508-5702 is through the service provider; T-Mobile. Records show that BOYD's cell phone 678-860-3701, was in communication with Williams' cell phone approximately 497 times between 06/27/2022 – 04/12/2023. Records also show that on September 10, 2022, BOYD's cell phone communicated with WILLIAMS' cell phone (678-508-5702) thirteen times (Three (3) voice communication and ten (10) text communication). This was the same day BOYD purchased a Glock, model 27, 40 caliber pistol bearing serial number BWTT149 from Academy Sports Store #257 (FFL: 15814446) located at 3720 Buford Drive Buford, Georgia 30519. On September 22, 2022 (twelve [12] days later) Williams was arrested by Lafayette Police Department while being in possession of the Glock pistol with serial number BWTT149.

   b. TFO Ryan Buch confirmed through several law enforcement investigative databases as well as open-source intelligence information that Michael Milhouse's phone number of 678-920-6198 is through the service provider: T-Mobile.

13

        Records show that on March 31, 2022, BOYD's cell phone communicated with Milhouse's cell phone twenty times (sixteen voice communication and four text communication). This was the same day BOYD purchased a Glock, model 19, 9mm caliber pistol bearing serial number BWGZ670 from Academy Sports Store #257 (FFL: 15814446) located at 3720 Buford Drive Buford, Georgia 30519. On May 3, 2022 (thirty-four [34] days later) Milhouse was arrested by Brookhaven Police Department while being in possession of the Glock pistol with serial number BWGZ670.

24.    On May 17, 2023, at approximately 1200 hours, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Jordan Brown was contacted by an employee of the Arrowhead Pawn Shop (APS) and advised that BOYD had arrived at the store to purchase additional firearms. The employee told SA Brown that BOYD was in the shop with an unidentified young black male. SA Brown requested of the APS employee that if they choose to transfer the firearms to BOYD that they delay the transaction until agents could arrive to conduct surveillance. The APS employee agreed,

25.    A short time later, ATF agents arrived at APS and contacted the APS employee. The APS employee said that BOYD wished to purchase three (3) Glock handguns and a Mini Draco pistol. APS transferred the firearms to BOYD pursuant to a National Instant Criminal Background (NICS) check. Agents observed as BOYD and the black male exited APS with the firearms and got into a black GMC Sierra pick-up truck bearing Georgia license plate number XHU654.  As BOYD exited APS parking lot, a red Toyota Prius bearing Pennsylvania license plate (unable to capture license plate number) began to follow BOYD. BOYD's pick-up truck and the red Prius pulled in front of the Family Dollar in the same parking lot as APS. BOYD

exited his vehicle and had a brief conversation with the person driving the red Prius. BOYD then got back into his vehicle and drove off. The red Prius then relocated to the Waffle House on Tara Blvd, while BOYD continued to drive around the APS parking lot. BOYD then met the with the red Prius in the Waffle House parking lot. BOYD then exited the Waffle House parking lot and drove to the Texaco gas station located at 5991 Old Dixie Rd. While at the gas station, BOYD was seen on the phone making various calls. Based on my training and experience, BOYD was employing counter surveillance tactics in order to evade detection by law enforcement. It is your Affiant's belief that the transfer of the firearms did not occur because BOYD became aware of law enforcement presence.

26. Agents followed BOYD to a Shell Gas Station located at 2300 Sigman Rd. SW Conyers, Ga 30012. As BOYD was exiting the Shell Gas Station, agents detained BOYD and his passenger. Agents read BOYD his Miranda rights from a laminated Advisement of Rights card. BOYD agreed to speak with agents. BOYD claimed that he was buying the firearms for his personal use and to protect his family. BOYD said he was going to gift his wife a firearm for their anniversary. BOYD said he had bought roughly thirty (30) firearms in the last couple years and that he has only given one (1) or two (2) away as a gift. He admitted that he had the guns that he purchased were in SUBJECT PREMISES. When agents asked BOYD about the red Prius, he claimed it was his uncle who was a "sheriff". When agents asked the name of the uncle, BOYD would not reveal his name and said that his "uncle" was retired. BOYD denied any knowledge of how his firearms became recovered in other states. BOYD denied knowing the possessors of the firearms he purchased and wouldn't say how many he had transferred. BOYD said that he has firearms in his house and that he builds firearms. BOYD is currently

unemployed but on a disabled veteran's program. BOYD would not reveal any information further about the firearms.

27. The passenger of BOYD's vehicle was identified as John W. JONES III, BOYDs' nephew. JONES admitted that he and BOYD met with the occupants of the red Prius prior to buying firearms from APS. However, JONES claimed to not have any other information about the firearm purchase.

28. BOYD was placed under arrest by ATF agents and transported to Atlanta City Detention Center (ACDC). Due to BOYD's medical issues he was transported to Grady Memorial Hospital where he was admitted and is currently located.

## **CONCLUSION**

29. Based on the foregoing, I respectfully submit probable cause exists to believe that Shanard BOYD violated 18 U.S.C. § 922(a)(1)(A) Engaging in the Business of Dealing in Firearms; 18 U.S.C. § 924(a)(1)(A) False Statement or Representation to Federal Firearms Licensee ("FFL"); and 18 U.S.C. § 371 Conspiracy (collectively, the "Subject Offenses").