IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  *v.*<br><br>SHANARD LAMONT BOYD | Criminal Action No.<br>1:23-MJ-498 |

**Government's Motion for Detention**

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Stephanie Gabay-Smith, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

   This case is eligible for a detention order because this case involves:
   Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon.

2. **Reason for Detention**

   The Court should detain defendant because there are no conditions of release that will reasonably assure the safety of any other person and the community.

3. **Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the

defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

### 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 2 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: May 18, 2023.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6000
stephanie.smith@usdoj.gov

RYAN K. BUCHANAN
United States Attorney

*Stephanie Gabay-Smith*

/s/STEPHANIE GABAY-SMITH
Assistant U.S. Attorney
Ga. Bar No. 663519

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically sends electronic notification to the parties and counsel of record, and by handing a copy to defense counsel:

                        Defense Counsel

May 18, 2023

                        /s/STEPHANIE GABAY-SMITH
                        STEPHANIE GABAY-SMITH
                        Assistant U.S. Attorney