ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JUN 13 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SHANARD BOYD

Criminal Indictment

No. 1:23CR0209

THE GRAND JURY CHARGES THAT:

**Count One**
**(Dealing in Firearms without a License – 18 U.S.C. § 922(a)(1)(A))**

Beginning on or about March 8, 2019, through May 17, 2023, in the Northern District of Georgia, the defendant SHANARD BOYD, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A) and 924(a)(1)(D).

**Forfeiture Provision**

Upon conviction of the offense alleged in this Indictment, the defendant, SHANARD BOYD, shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in and used in the commission of the offense.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture

of any other property of the defendant up to the value of the forfeitable property.

A  True                            BILL

_____
FOREPERSON

RYAN K. BUCHANAN
 United States Attorney

*Stephanie Gabay-Smith*
STEPHANIE GABAY-SMITH
*Assistant United States Attorney*
Georgia Bar No. 663519

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181